UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

GERRY MOBLEY, JR., :
    Plaintiff :
:
v. : CIVIL NO. 1:13-CV-772
:
J. SNYDER, *et al.*, :
    Defendants :

*O R D E R*

AND NOW, this 3rd day of July, 2013, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Schwab (Doc. 15), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that the R&R (Doc. 15) is ADOPTED. Pursuant to the magistrate judge's recommendation, it is further ORDERED as follows:

1. Plaintiff's applications to proceed *in forma pauperis* (Docs. 2, 12) are GRANTED.

2. Plaintiff's claims against defendants Mitchell, Altmanshofer, Walters, Cameron, Eckard, Garman, Bickell, Lewis, and Varner are DISMISSED without prejudice. Plaintiff is granted leave to file an amended complaint.

3. This case is remanded to Magistrate Judge Schwab for further proceedings, including an R&R on dispositive motions if necessary.

                                         /s/ William W. Caldwell
                                         William W. Caldwell
                                         United States District Judge