UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERRY MOBLEY, JR.,<br>　　　Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO. 1:13-CV-772 |
| C.O. SNYDER, *et al.*,<br>　　　Defendants | :<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 8th day of July, 2014, upon consideration of the thorough and detailed Report and Recommendation filed by Magistrate Judge Susan E. Schwab (Doc. 93), to which no objections have been filed, and upon an independent review of the record, it is Ordered that said Report is approved and accepted.

Pursuant to the recommendation of the Magistrate Judge, it is further Ordered that:

　　　i) Defendants' partial motion to dismiss (Doc. 34) is granted.

　　　ii) Plaintiff's claims against Defendants in their official capacities are dismissed with prejudice.

　　　iii) Plaintiff's failure-to-train and failure-to-supervise claim against Defendant Bickell is dismissed with prejudice.

　　　iv) Plaintiff's claims for injunctive relief are dismissed as moot.

　　　v) This case is remanded to the Magistrate Judge for further proceedings.

　　　　　　　　　　　　　　　　　　　 /s/ William W. Caldwell
　　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　　United States District Judge