UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERRY MOBLEY, JR.,<br>    Plaintiff | :<br>:<br>: |
| v. | :   CIVIL NO. 1:13-CV-772 |
| | : |
| C.O. SNYDER, *et al.*,<br>    Defendants | :<br>:<br>: |

*O R D E R*

AND NOW, this 5th day of August, 2014, upon consideration of the thorough and detailed Report and Recommendation filed by Magistrate Judge Susan E. Schwab (Doc. 98), to which no objections have been filed, and upon an independent review of the record, it is Ordered that said Report is approved and accepted.

Pursuant to the recommendation of the Magistrate Judge, it is further Ordered that:

    i) Defendants John/Jane Doe #3 and John/Jane Doe #4 are dismissed from this case.

    ii) This matter is referred to the Magistrate Judge for all further proceedings.

                                           /s/ William W. Caldwell
                                           William W. Caldwell
                                           United States District Judge