UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERRY MOBLEY, JR., | : | CIVIL NO: 1:13-CV-00772 |
| Plaintiff | : | (Magistrate Judge Schwab) |
| v. | : | |
| C.O. SNYDER, *et al.* | : | |
| Defendants | : | |

## ORDER
September 1, 2015

**IT IS ORDERED** that the defendants' motion (doc. 129) for summary judgment is **GRANTED IN PART** and **DENIED IN PART.** The motion is **GRANTED** as to all of Mobley's remaining claims except the retaliation claim against defendant Snyder based on Misconduct Report B576457 to the extent that Misconduct Report charged Mobley with threatening an employee. The motion is **DENIED** as to the retaliation claim against defendant Snyder based on Misconduct Report B576457 to the extent that Misconduct Report charged Mobley with threatening an employee. The Clerk of Court shall defer entering judgment until the conclusion of the entire case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge