UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERRY MOBLEY, JR., | : | CIVIL NO: 1:13-CV-00772 |
| Plaintiff | : | (Magistrate Judge Schwab) |
| v. | : | |
| C.O. SNYDER, *et al.* | : | |
| Defendants | : | |

### ORDER
June 20, 2016

**IT IS ORDERED** that defendant Snyder's second motion (152) for summary judgment is **GRANTED** and Snyder's motion (doc. 158) for leave to supplement his second motion for summary judgment is **DENIED AS MOOT**. The Clerk of Court shall enter judgment against Mobley and in favor of the defendants in accordance with this Order and the Order of September 1, 2015.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge